**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 2 EAL 2022

           Respondent           :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

           v.                      :

                              :

NELSON GIDDINGS,                 :

                          :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.